Order Filed on
8/10/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman, Chapter 7 Trustee<br>Michael E. Holt (MEH-8735)<br>Jonathan S. Bodner (JSB-2399) | |
| In Re:<br><br>CHRISTIAN BERNARD STORES CORP.,<br><br>Debtor. | Chapter 7<br><br>Case No. 08-35674 (NLW)<br><br>Hearing Date: August 10, 2009<br><br>Hearing Time: 9:00 a.m. |

**ORDER (A) FIXING BAR DATE FOR FILING PROOFS OF CLAIM, (B) FIXING BAR DATE FOR FILING PROOFS OF CLAIM BY GOVERNMENTAL UNITS, (C) FIXING BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, AND <u>(D) APPROVING NOTICE THEREOF</u>**

The relief set forth on the following pages, numbered two (2) through four (4), is

hereby **ORDERED**.

**DATED: 8/10/2009**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**Page 2**
**Case No.**    **08-35674 (NLW)**
**Debtor:**    **CHRISTIAN BERNARD STORES CORP.**
**Caption:**   **ORDER (A) FIXING BAR DATE FOR FILING PROOFS OF CLAIM, (B) FIXING BAR DATE FOR FILING PROOFS OF CLAIM BY GOVERNMENTAL UNITS, (C) FIXING BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, AND (D) APPROVING NOTICE THEREOF**

THIS MATTER having been brought before the Court upon the motion of Charles M. Forman, the chapter 7 trustee (the "Trustee") for Christian Bernard Stores Corp., through his attorneys, Forman Holt Eliades & Ravin LLC, by way of motion seeking the entry of an Order (a) fixing bar date for filing proofs of claim, (b) fixing bar date for filing proofs of claim by governmental units, (c) fixing bar date for filing administrative expense claims, and (d) approving notice thereof; and the Court having considered the papers submitted and the arguments presented in support and any opposition thereof; and for good cause shown; it is hereby ordered:

1.    The Trustee is authorized to provide notice of the General Bar Date, Governmental Units Bar Date and Administrative Claims Bar Date to creditors by sending notice (the "Notice") that they may file proofs of claim within 90 days from the mailing thereof. A copy of the Notice is attached hereto as Exhibit "A."

2.    The Trustee shall mail the Notice as soon as possible after the entry of this Order, but in no event later than five days from the entry of this Order, by United States First Class Mail, upon: (a) the United States Trustee; (b) counsel for the Debtor; (c) all persons who have filed a notice of appearance and request for service of papers in this case; and (d) all known creditors and parties in interest, which includes the list of creditors contained in the original matrix of creditors filed by the Debtor at the inception of this case.

3.    The Notice shall provide that this case is now an asset case and state that it now appears that dividends may be possible.

4.    The Notice in the form attached hereto as Exhibit "A" is approved and shall be deemed adequate and sufficient if served pursuant to the terms of this Order.

*Approved by Judge Novalyn L. Winfield August 10, 2009*

Page 3
Case No.    08-35674 (NLW)
Debtor:     **CHRISTIAN BERNARD STORES CORP.**
Caption:    **ORDER (A) FIXING BAR DATE FOR FILING PROOFS OF CLAIM, (B) FIXING BAR DATE FOR FILING PROOFS OF CLAIM BY GOVERNMENTAL UNITS, (C) FIXING BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, AND (D) APPROVING NOTICE THEREOF**

5. The General Bar Date for filing proofs of claim against the Debtor's estate is 90 days from the Trustee's mailing of the Notice, and the General Bar Date shall be set forth on the Notice.

6. All claims, unless otherwise provided by this Order, must be submitted to the Court on the United States Bankruptcy Court's Official Form 10, on or before the General Bar Date. A copy of the United States Bankruptcy Court's Official Form 10 is attached to the Notice and shall be disseminated with the Notice.

7. The Governmental Units Bar Date, for governmental units ("Governmental Units") as defined by 11 U.S.C. § 101(27), to file proofs of claim against the Debtor's bankruptcy estate is 90 days from the Trustee's mailing of the Notice, and the Governmental Units Bar Date shall be set forth on the Notice.

8. All claims of Governmental Units must be submitted to the Court on the United States Bankruptcy Court Official Form 10 on or before the Governmental Units Bar Date.

9. The Administrative Claims Bar Date for administrative expense claims (the "Administrative Claims") allowable under 11 U.S.C. § 503(b), <u>other</u> than fees payable to the Office of the United States Trustee pursuant to 28 U.S.C. § 1930 and the administrative claims of professionals retained in this Chapter 7 case for payment of fees and reimbursement of expenses pursuant to 11 U.S.C. §§ 327, 330 or 331, is 90 days from the Trustee's mailing of the Notice, and the Administrative Claims Bar Date shall be set forth on the Notice.

10. All Administrative Claims, unless otherwise excepted by this Order, must be submitted to the Court in accordance with D.N.J. LBR 3003-2(b) and on D.N.J. Local Form 24 on or before the Administrative Claims Bar Date. A copy of D.N.J. Local Form 24 is attached to the Notice and shall be disseminated with the Notice.

*Approved by Judge Novalyn L. Winfield August  10, 2009*

**Page 4**
**Case No.**    **08-35674 (NLW)**
**Debtor:**    **CHRISTIAN BERNARD STORES CORP.**
**Caption:**    **ORDER (A) FIXING BAR DATE FOR FILING PROOFS OF CLAIM, (B) FIXING BAR DATE FOR FILING PROOFS OF CLAIM BY GOVERNMENTAL UNITS, (C) FIXING BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS, AND (D) APPROVING NOTICE THEREOF**

11. If a party, other than as excepted by this Order, fails to timely file its Administrative Claim in the manner proscribed by D.N.J. LBR 3003-2, and prior to the Administrative Claims Bar Date, then it shall be forever barred, estopped and enjoined from asserting or receiving any distribution with respect to any such claim.

12. Any claims previously filed in this bankruptcy case, including those of Governmental Units and parties seeking Administrative Claims, do not need to be re-filed.

13. The Trustee may object to any claim previously filed.

14. The Clerk of the Court and the U.S. Trustee shall both be notified that the above-captioned case is an "Asset Case" by the Trustee providing a copy of this Order to them within five days of the entry of this Order.

*Approved by Judge Novalyn L. Winfield August 10, 2009*

# EXHIBIT A

*Approved by Judge Novalyn L. Winfield August 10, 2009*

**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM, BAR DATE FOR FILING PROOFS OF CLAIM BY GOVERNMENTAL UNITS, AND BAR DATE FOR FILING ADMINISTRATIVE EXPENSE CLAIMS**

**CHRISTIAN BERNARD STORES CORP.
UNITED STATES BANKRUPTCY COURT,
DISTRICT OF NEW JERSEY
CASE NO. 08-35674 (NLW)**

**DEADLINE TO FILE PROOFS OF CLAIM FOR GENERAL UNSECURED AND PRIORITY CLAIMS, CLAIMS OF GOVERNMENTAL UNITS AS DEFINED BY 11 U.S.C. § 101(27), AND ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. § 503(B) UNLESS OTHERWISE EXCEPTED HEREIN: NOVEMBER ___ , 2009**

COMMENCEMENT OF CASE: On December 26, 2008, Christian Bernard Stores Corp. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). All documents filed with the Court in the Debtor's case are available for inspection at the Office of the Clerk of the Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102, Phone: (973)-645-4764 (the "Clerk's Office"). NOTE: The staff at the Clerk's Office is prohibited by law from giving legal advice.

NOTICE OF ASSET CASE: PLEASE TAKE NOTICE that it appeared from the schedules when this case was instituted that there were no assets from which dividends could be paid to creditors and the notice of the initial meeting of creditors so indicated. It now appears that payments of dividends may be possible.

NOTICE OF CLAIMS BAR DATE: PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of New Jersey has fixed **NOVEMBER ___, 2009**, pursuant to its Order dated August ___, 2009, as the bar date for which creditors holding general unsecured and priority claims, claims of Governmental Units, and Administrative Claimants as set forth below, must file any claim they seek to assert against the Debtor's bankruptcy estate.

MANNER AND FORM FOR FILING GENERAL UNSECURED AND PRIORITY CLAIMS AND CLAIMS OF GOVERNMENTAL UNITS: All general unsecured and priority claims, and claims of Governmental Units must be submitted to the Court on the United States Bankruptcy Court's Official Form 10. A copy of Form 10 is attached hereto as Exhibit "A." For the purpose of this notice, a Governmental Unit is defined as a party which falls within the purview of 11 U.S.C. § 101(27).

MANNER AND FORM FOR FILING ADMINISTRATIVE CLAIMS: All Administrative Claims, unless as excepted by the Court's August ___, 2009 Order, are to be submitted to the Court in the manner proscribed by D.N.J. L.B.R. 3003-2 and on D.N.J. LBR Form 24. A copy of Form 24 is attached hereto as Exhibit "B." For the purpose of this notice, an Administrative Claim is defined as a claim allowable under 11 U.S.C. § 503(b). Please be advised that pursuant to the Court's August ___, 2009 Order, fees payable to the Office of the United States Trustee pursuant to 28 U.S.C. § 1930 and administrative claims of professionals retained in this Chapter 7 case for payment of fees and reimbursement of expenses pursuant to 11 U.S.C. §§ 327, 330 or 331, are excluded from the Administrative Claims Bar Date.

Additional information regarding the filing of claims and/or a complete copy of the Trustee's motion papers for an Order (a) fixing bar date for filing proofs of claim, (b) fixing bar date for filing proofs of claim by governmental units, (c) fixing bar date for filing administrative expense claims, and (d) approving notice thereof, may be obtained from the Trustee's counsel at the following address: FORMAN HOLT ELIADES & RAVIN LLC, 80 Route 4 East, Suite 290, Paramus, New Jersey 07652 (Attn: Jonathan Bodner, Esq., 201-845-1000).

Any claims previously filed in this case, including those of governmental units and parties seeking administrative claims, do not need to be re-filed.

**SHOULD ANY ADMINISTRATIVE CLAIMANT NOT OTHERWISE EXCEPTED AS NOTIFIED HEREIN FAIL TO FILE A TIMELY REQUEST FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM, ITS CLAIM SHALL NOT BE ALLOWED BY THE COURT OR PAID BY THE TRUSTEE FROM THE DEBTOR'S ESTATE AND SHALL BE FOREVER BARRED.**

# EXHIBIT A

*Approved by Judge Novalyn L. Winfield August 10, 2009*

B 10 (Official Form 10) (12/08)

| **UNITED STATES BANKRUPTCY COURT** | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: | Case Number: |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ❏ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent: | **Court Claim Number:**_____ (*If known*) |
| Telephone number: | Filed on:_____ |
| Name and address where payment should be sent (if different from above): | ❏ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ❏ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**      $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>❏ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>❏ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.) | ❏ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>    **3a. Debtor may have scheduled account as:** _____<br>    (See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>    Nature of property or right of setoff:  ❏ Real Estate     ❏ Motor Vehicle     ❏ Other<br>    Describe:<br><br>    Value of Property:$_____  Annual Interest Rate_____%<br><br>    Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>    if any: $_____    Basis for perfection: _____<br><br>    Amount of Secured Claim: $_____     Amount Unsecured: $_____ | ❏ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>❏ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>❏ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ❏ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>**Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date:    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Approved by Judge Novalyn L. Winfield August 10, 2009*

B 10 (Official Form 10) (12/08) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

*Approved by Judge Novalyn L. Winfield August 10, 2009*

# EXHIBIT B

*Approved by Judge Novalyn L. Winfield August 10, 2009*

D.N.J. Local Form 24

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | REQUEST FOR PAYMENT OF<br>ADMINISTRATIVE EXPENSE |
|---|---|---|
| In re | Chapter 11<br><br>Case Number | |

**NOTE:** This form should not be used for an unsecured claim arising prior to the commencement of the case. In such cases, a proof of claim should be filed in accordance with Official Form 10.

| Name of Creditor<br>(The person or other entity to whom the debtor owed money or property.)<br><br>_____<br>Name and Addresses Where Notices Should Be Sent: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: | |
| 1. BASIS FOR CLAIM<br>☐ Goods Sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries and compensations (Fill out below)<br><br>Provide last four digits of your social security number _____ | |
| 2. DATE DEBT WAS INCURRED: | | |

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: _____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

| 4. Secured Claim<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>   Brief Description of Collateral:<br>   ☐ Real Estate    ☐ Motor Vehicle<br>   ☐ Other (Describe briefly)_____<br>   Value of Collateral: $_____<br>☐ Check this box if there is no collateral or lien securing your claim. | |
|---|---|
| 5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses. | THIS SPACE IS FOR COURT USE ONLY |
| 6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.<br>   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. | |
| 7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request. | |
| Date: | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>_____ | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NOTE: The filing of this request will not result in the scheduling of a hearing to consider payment of your administrative claim but will result in the registry of your administrative claim with the Bankruptcy Court. If you wish to have a hearing scheduled on your claim, you must file a motion in accordance with Bankruptcy Rule 9013.

*Local Form 24, new. 8/1/06.jml*

*Approved by Judge Novalyn L. Winfield August 10, 2009*